

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00311-CR

**CURTIS LEE FOSTER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2008-1620-C2

_____

## MEMORANDUM  OPINION

_____

Curtis Lee Foster was convicted of possession of a controlled substance and sentenced to 18 months in a state jail facility.  *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115 (Vernon Supp. 2009).  Foster appealed that conviction but has now filed a motion requesting this Court to dismiss the appeal.  Foster personally signed the motion to dismiss.

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
	Justice Reyna, and
	Justice Davis
Appeal dismissed
Opinion delivered and filed November 25, 2009
Do not publish
[CR25]